This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Yolanda J Brown v. Walmart Stores East, LP

| | |
|---|---|
| Case Number | 18C03-2505-CT-000052 |
| Court | Delaware Circuit Court 3 |
| Type | CT - Civil Tort |
| Filed | 05/06/2025 |
| Status | 05/06/2025 , Pending (active) |

## Parties to the Case

Defendant Walmart Stores East, LP

Address
c/o CT Corporation System
334 N. Senate Ave
Indianapolis, IN 46204

Attorney
Robert Burdette Thornburg
*#1959402, Retained*

Frost Brown Todd LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244
317-237-3826(W)

Plaintiff Brown, Yolanda J

Attorney
Daniel Gore
*#3132253, Retained*

Daniel Gore
C/O KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

05/06/2025 **Case Opened as a New Filing**

05/06/2025 **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Brown, Yolanda J |
| File Stamp: | 05/06/2025 |

05/06/2025 **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Brown, Yolanda J |
| File Stamp: | 05/06/2025 |

05/06/2025 **Subpoena/Summons Filed**
Summons to Walmart

| | |
|---|---|
| Filed By: | Brown, Yolanda J |
| File Stamp: | 05/06/2025 |

06/05/2025 **Appearance Filed**
Appearance of Robert B. Thornburg for Defendant

| | |
|---|---|
| For Party: | Walmart Stores East, LP |
| File Stamp: | 06/05/2025 |

06/05/2025 **Answer Filed**
Defendant's Answer to Plaintiff's Complaint

| | |
|---|---|
| Filed By: | Walmart Stores East, LP |
| File Stamp: | 06/05/2025 |

06/05/2025 **Motion for Mediation Filed**

Motion for Mediation Order

Filed By: Brown, Yolanda J
File Stamp: 06/05/2025

06/06/2025 **Automated ENotice Issued to Parties**

Answer Filed ---- 6/5/2025 : Daniel Gore;Robert Burdette Thornburg

06/09/2025 **Order Issued**

Order to Mediate. Parties shall agree on a mediator within 30 days from the date of this order.

Judicial Officer: Mawhorr, Douglas K
Order Signed: 06/06/2025

06/10/2025 **Automated ENotice Issued to Parties**

Order Issued ---- 6/9/2025 : Daniel Gore;Robert Burdette Thornburg

06/26/2025 **Certified Mail Returned**

RTOS on Walmart

Party Served: Brown, Yolanda J
Date Signed: 06/26/2025

07/02/2025 **Witness and/or Exhibit List Filed**

Plaintiff's Preliminary List of Witnesses and Exhibits

Filed By: Brown, Yolanda J
File Stamp: 07/02/2025

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Brown, Yolanda J**

Plaintiff

Balance Due (as of 12/18/2025)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/06/2025 | Transaction Assessment | 232.00 |
| 05/06/2025 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

18C03-2505-CT-000052
Delaware Circuit Court 3
Filed: 5/6/2025 1:38 PM
Clerk
Delaware County, Indiana

STATE OF INDIANA ) IN THE DELAWARE COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO.

YOLANDA J. BROWN

VS.

WALMART STORES EAST, LP

# COMPLAINT FOR DAMAGES

Comes now the plaintiff, Yolanda J. Brown, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Walmart Stores East, LP, alleges and says:

1. That on or about April 7, 2025, the plaintiff, Yolanda J. Brown, was a customer at the Walmart store located at 4801 W. Clara Ln, in Muncie, Delaware County, Indiana.

2. That on or about April 7, 2025, the plaintiff, Yolanda J. Brown, slipped and fell due to a wet and/or slippery floor at said location, causing the plaintiff to suffer serious injuries.

3. That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

4. That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5. That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6. That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7. That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Daniel Gore*

Daniel Gore, #31322-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: dgore@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Daniel Gore*

Daniel Gore, #31322-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: dgore@kennunn.com

Daniel Gore, #31322-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

18C03-2505-CT-000052
Delaware Circuit Court 3
Filed: 5/6/2025 1:38 PM
Clerk
Delaware County, Indiana

# APPEARANCE FORM (CIVIL)

**Initiating Party**

| | |
|---|---|
| CAUSE NO: | |
| 1. Name of first initiating party | Yolanda J. Brown<br>301 W. 13th St.<br>Apt 354<br>Muncie, IN 47302 |
| 2. Telephone of pro se initiating party | NA |
| 3. Attorney information (as applicable for service of process) | Daniel Gore #31322-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE: 812-332-9451<br>FAX: 812-331-5321<br>Email: dgore@kennunn.com |
| 4. Case type requested | CT (Civil Tort) |
| 5. Will accept FAX service | YES |
| 6. Are there related cases? | NO |
| 7. Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | |

_*s/Daniel Gore*
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT COURTS FOR THE COUNTY OF DELAWARE
STATE OF INDIANA
P. O. BOX 1089
MUNCIE, INDIANA 47308

Yolanda J. Brown

Plaintiff(s)

No.

VS.

Walmart Stores East, LP

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Walmart Stores East, LP, c/o CT Corporation System, 334 N. Senate Ave, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 5/6/2025

CLERK, DELAWARE CIRCUIT COURTS

DELAWARE COUNTY COURTS INDIANA

DANIEL GORE, #31322-53 /
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____________this ___ day of __________, 2025.

SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX By certified or registered mail with return receipt to above address.

□ By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

□ By _____________ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

□ By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: /s/ DANIEL GORE ___________________
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _________, 2025, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _________, 2025.

____________________________________________

CLERK, DELAWARE CIRCUIT COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of , 2025, and that a copy of the return of receipt was received by me on the __ day of __________, 2025, which copy is attached herewith.

____________________________________________

CLERK, DELAWARE CIRCUIT/ COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _________, 2025, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of ___________, 2025, and I did deliver said summons and a copy of the complaint to the Sheriff of Delaware County, Indiana.

Dated this __ day of ___________, 2025.

____________________________________________

CLERK, DELAWARE CIRCUIT COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of ______, 2025, and I served the same on the __ day of _____, 2025.

1. By mailing a copy of the summons and complaint personally to _______ address ___________________________________.
2. By delivering a copy of summons and complaint personally to ____________________________.
3. By leaving a copy of the summons and complaint at _________________________ the dwelling house or usual place of abode of defendant: (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of __________, 2025 to ____________________ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:______________________________________________________.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of ________, 2025.

____________________________________________

SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of ___________, 2025 a copy of this summons and a copy of the complaint to each of the within named defendant(s) .
2. By leaving on the ___ day of ___________, 2025 for each of the within named defendant(s)_____________________________________, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____________________ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. ____________________________________________________________and by mailing a copy of the summons without the complaint to at ________________________________the last known address of defendant(s).

All done in Delaware County, Indiana.

Fees: $_____

____________________________________________

SHERIFF or DEPUTY

Filed: 6/5/2025 9:44 AM
Delaware Circuit Court 3
Delaware County, Indiana

**STATE OF INDIANA**
**IN THE DELAWARE CIRCUIT COURT NO. 3**

| | | |
|---|---|---|
| YOLANDA J. BROWN, | ) | Cause No. 18C03-2505-CT-000052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating ____ Responding ☒ Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party Wal-Mart Stores East, LP

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   c/o Frost Brown Todd LLP, 111 Monument Circle, Suite 4500, PO Box 44961, Indianapolis, IN 46244-0961

   Telephone # of party (317) 237-3800

   FAX: (317) 237-3900

   Email Address: rthornburg@fbtlaw.com

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Robert B. Thornburg Atty Number: 19594-02

   Address: 111 Monument Circle, Suite 4500, PO Box 44961, Indianapolis, IN 46244-09661

   Phone: (317) 237-3826

FAX: (317) 237-3900 ______

Email Address: rthornburg@fbtlaw.com ______

*(List on continuation page additional attorneys appearing for above party)*

3. This is a Civil Tort case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

   FAX at the above noted number: Yes ____ No ☒

   Email at the above noted number: Yes ____ No ☒

5. This case involves child support issues. Yes ____ No ☒ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* ***light green paper****. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No ☒ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

   ________ Attorney's address

   ________ The Attorney General Confidentiality program address

   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

   ________ Another address (provide)

   ______________________________________________

7. This case involves a petition for involuntary commitment. Yes ____ No ☒

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: ______________________

   b. State of Residence of person subject to petition: ______________

   c. At least one of the following pieces of identifying information:

      (i) Date of Birth ___________

      (ii) Driver's License Number ______________________

      State where issued _____________ Expiration date __________

(iii) State ID number ____________________________

State where issued _____________ Expiration date ___________

(iv) FBI number __________________________

(v) Indiana Department of Corrections Number _______________________

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9. There are related cases: Yes ____ No ☒ *(If yes, list on continuation page.)*

10. Additional information required by local rule: _____________________________

11. There are other party members: Yes ____ No ☒ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached: Yes ☒ No___

Respectfully submitted,

FROST BROWN TODD LLP

By *<u>/s/ Robert B. Thornburg</u>*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores East, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a copy of the foregoing was served upon all parties through the Court's ECF System. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dan Gore, #31322-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0806411 4898-1341-0889v1

Filed: 6/5/2025 9:44 AM
Delaware Circuit Court 3
Delaware County, Indiana

**STATE OF INDIANA**
**IN THE DELAWARE CIRCUIT COURT NO. 3**

| | | |
|---|---|---|
| YOLANDA J. BROWN, | ) | Cause No. 18C03-2505-CT-000052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**
**TO PLAINTIFFS' COMPLAINT**

Defendant Wal-Mart Stores East, LP, by counsel, for its Answer to Plaintiff's Complaint for Damages states as follows:

1. On information and belief, Wal-Mart admits the allegations contained in paragraph 1 of Plaintiff's Complaint for Damages.

2. Wal-Mart denies the allegations contained in paragraph 2 of Plaintiff's Complaint for Damages.

3. Paragraph 3 of Plaintiff's Complaint for Damages requests Wal-Mart to admit or deny questions of law, and therefore no response to this paragraph is necessary. To the extent any allegation contained in paragraph 3 can be construed as being made against Wal-Mart, any such allegation is denied.

4. Paragraph 4 of Plaintiff's Complaint for Damages requests Wal-Mart to admit or deny questions of law, and therefore no response to this paragraph is necessary. To the extent any allegation contained in paragraph 4 can be construed as being made against Wal-Mart, any such allegation is denied.

5. Paragraph 5 of Plaintiff's Complaint for Damages requests Wal-Mart to admit or deny questions of law, and therefore no response to this paragraph is necessary. To the extent any allegation contained in paragraph 5 can be construed as being made against Wal-Mart, any such allegation is denied.

6. Paragraph 6 of Plaintiff's Complaint for Damages requests Wal-Mart to admit or deny questions of law, and therefore no response to this paragraph is necessary. To the extent any allegation contained in paragraph 6 can be construed as being made against Wal-Mart, any such allegation is denied.

7. Wal-Mart denies the allegations contained in paragraph 7 of Plaintiff's Complaint for Damages.

8. Wal-Mart is without information to either admit or deny the allegations contained in paragraph 8 of Plaintiff's Complaint for Damages.

9. Wal-Mart denies the allegations contained in paragraph 9 of Plaintiff's Complaint for Damages.

10. Wal-Mart denies the allegations contained in paragraph 10 of Plaintiff's Complaint for Damages.

WHEREFORE, Defendant Wal-Mart Stores East, LP respectfully pray that Plaintiff take nothing by way of her Complaint, for judgment in its favor, for the costs incurred in defending this action, and for all other just and proper relief.

## AFFIRMATIVE DEFENSES

Defendant Wal-Mart Stores East, LP, by counsel for its defenses to Plaintiff's Complaint for Damages states as follows:

1. The fault of Plaintiff Yolanda J. Brown caused or contributed to cause the incident in question and her resulting damages.

2. Plaintiff's fault includes assumption of the risk and/or incurred risk, thereby barring or reducing any recovery by her herein.

3. Wal-Mart reserves the right to assert additional affirmative defenses revealed during the course of discovery.

WHEREFORE, Defendants Wal-Mart Stores East, LP respectfully pray that Plaintiff take nothing by way of her Complaint, for judgment in its favor, for the costs incurred in defending this action, and for all other just and proper relief.

**REQUEST FOR JURY TRIAL**

Wal-Mart Stores East, LP, by counsel, request trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLP

By */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorney for Defendant Wal-Mart Stores East, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a copy of the foregoing was served upon all parties through the Court's ECF System. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dan Gore, #31322-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0806411 4898-1341-0889v1

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C03-2505-CT-000052

YOLANDA J. BROWN

VS.

WALMART STORES EAST, LP

# MOTION FOR MEDIATION ORDER

Comes now the plaintiffs, by counsel, Dan Gore, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

Respectfully submitted,
KEN NUNN LAW OFFICE

By: */s/ Dan Gore*________
Dan Gore, #31322-53
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2025, a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Robert Thornburg
Frost Brown Todd LLC
P.O. Box 44961
111 Monument Circle, Suite 4500
Indianapolis, IN 46244-0961

*/s/ Dan Gore*________
Dan Gore, #31322-53
Attorney for Plaintiff

Ken Nunn Law Office
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

STATE OF INDIANA ) IN THE DELAWARE CIRCUIT COURT
) SS:
COUNTY OF DELAWARE ) CAUSE NO. 18C03-2505-CT-000052

YOLANDA J. BROWN

VS.

WALMART STORES EAST, LP

# ORDER TO MEDIATE

Comes now the plaintiffs, by counsel, Dan Gore, and files Motion for mediation Order.

And the Court having considered such motion and being otherwise duly advised in the premises now grants same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the parties shall mediate this case.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that parties shall agree on a mediator within 30 days from the date of this Order.

**ALL OF WHICH IS ORDERED** June 6, 2025.

Judge, Delaware Circuit Court 3

**DISTRIBUTE TO:**
Robert Thornburg
Frost Brown Todd LLC
P.O. Box 44961
111 Monument Circle, Suite 4500
Indianapolis, IN 46244-0961

Dan Gore
Ken Nunn Law Office
104 S. Franklin Road
Bloomington, IN 47404

UNITED STATES POSTAL SERVICE

Mailer: Ken Nunn Law Office

Date Produced: 05/15/2025

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8313 2823 93. Our records indicate that this item was delivered on 05/14/2025 at 10:35 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

WALMART STORES EAST LP
C/O: CT CORPORATION SYSTEM
334 N SENATE AVE
INDIANAPOLIS IN 46204-1708

Customer Reference Number: C5879074.35652522

Return Reference Number YOLANDA BROWN

USPS MAIL PIECE TRACKING NUMBER: 420462049214890194038313282393
MAILING DATE: 05/07/2025
DELIVERED DATE: 05/14/2025
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

WALMART STORES EAST LP
C/O: CT CORPORATION SYSTEM
334 N SENATE AVE
INDIANAPOLIS IN 46204-1708

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 05/07/2025 13:43 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 05/09/2025 22:09 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 05/09/2025 23:24 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 05/13/2025 03:41 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 05/13/2025 10:06 | RESCHEDULED TO NEXT DELIVERY DAY | INDIANAPOLIS,IN 46204 |
| 05/14/2025 09:27 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 05/14/2025 10:35 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

Filed: 7/2/2025 3:00 PM
Delaware Circuit Court 3
Delaware County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DELAWARE CIRCUIT COURT |
| | ) | SS: |
| COUNTY OF DELAWARE | ) | CAUSE NO. 18C03-2505-CT-000052 |

YOLANDA J. BROWN

VS.

WALMART STORES EAST, LP

**PLAINTIFF'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS**

**WITNESSES**:

1. Plaintiff Yolanda Brown

2. Representative(s) of Defendant Walmart Stores East, LP

3. Eyewitness, Lane, Walmart Employee

4. All treating providers, IU Health Urgent Care – Muncie, 2598 W White River Blvd, Muncie, IN 47303

5. All treating providers, Open Door Health Center, 333 S Madison Street, Muncie, IN 47305

6. All treating providers, IU Health Orthopedics & Sports Medicine, 2701 W North St, Muncie, IN 47303

7. All doctors that plaintiff(s) has seen for injuries.

8. Representative of Plaintiff's employer, Shutterfly, 601 W Ontario Dr, Muncie, IN 47303

9. Representative(s) of Plaintiffs' health insurers, MHS Health Indiana Plan, regarding health insurance premiums and negotiated and/or contracted discounts between the insurer and Plaintiffs' medical providers.

10. Various lay witnesses, to be named later, will testify to the plaintiffs' physical abilities before and/or after the incident.

11. All witnesses listed by defendant(s).

12. Additional witnesses may be listed by plaintiff(s) after discovery has been completed and prior to any deadlines set by the Court.

13. Plaintiff(s) reserves the right to call rebuttal witnesses.

**EXHIBITS**:

1. Diagram of scene of incident.
2. Medical records.
3. Medical bills.
4. X-rays or other results of diagnostic tests.
5. 911 Calls and/or recordings
6. Medical encyclopedia and/or dictionary.
7. Physician's Desk Reference.
8. DSM-5, AMA Guides to the Evaluation of Permanent Impairment, Sixth Edition, or other learned treatises.
9. Photographs or other depictions.
10. Lost wage documentation.
11. Video relating to this cause.
12. Life expectancy tables.
13. Video depictions/animations/stills of medical treatments and/or surgery performed or to be performed including but not limited to anatomical depictions of the human body and/or instrumentalities used or to be used in such treatments.
14. Animation depicting how the incident occurred or an expert's opinion on how the incident occurred or might have occurred or similarly including but not limited to instrumentalities and persons and locations involved in the incident.
15. Demonstrative aids and/or exemplars, including but not limited to photographs, website materials, Facebook or other social media items, Google Earth maps and street views or other computer assisted GPS location programs depicting locations, Google search results, Amazon items for general sale, anatomical illustrations, PowerPoint slides, YouTube videos of mechanism of injury and/or medical treatments and surgeries for conditions, animations, websites, search engine results, musical overlays, reproductions or other representative

illustrations, diagrams, drawings or depictions of scenes, people or things involved in this incident and any combination or modification of the above.

16. All exhibits listed by defendant(s)

17. Additional exhibits may be listed by plaintiff(s) upon completion of discovery and prior to any deadlines set by the Court

18. Any and all documents or other materials utilized by any expert retained by defendant(s) and/or plaintiff(s) to testify in this cause of action.

19. Any and all documents attached and/or referenced in defendants' discovery responses.

Respectfully submitted,
KEN NUNN LAW OFFICE

By: */s/Daniel Gore*
Daniel Gore, # 31322-53
Attorney for Plaintiff

Daniel Gore, # 31322-53
Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2025 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Robert B. Thornburg, #19594-02
FROST BROWN TODD LLP
*111 Monument Circle, Suite 4500*
*PO Box 44961*
*Indianapolis, IN 46244-0961*
*317-237-3800*
*Fax: 317-237-3900*
*rthornburg@fbtlaw.com*

Respectfully submitted,
KEN NUNN LAW OFFICE

By: */s/Daniel Gore*
Daniel Gore, # 31322-53
Attorney for Plaintiff

Daniel Gore, # 31322-53
Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451
Attorney for Plaintiff